IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **WYOMING TECHNOLOGY LICENSING, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC.**<br><br>Defendant. | **CASE NO. 1:24-cv-347-RP**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Wyoming Technology Licensing, LLC and Defendant Apple Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate that the above-captioned action and all claims by Plaintiff against Defendant Apple Inc. are hereby dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: July 31, 2024

Respectfully submitted,

/s/ Randall Garteiser
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

*Attorneys for Plaintiff*

By: */s/ Sarah R. Frazier*

Sarah R. Frazier (*pro hac vice*)
Nina Garcia (*pro hac vice*)
Alicia M. Coneys (*pro hac vice*)
Phuc Do (*pro hac vice pending*)
sarah.frazier@wilmerhale.com
nina.garcia@wilmerhale.com
alicia.coneys@wilmerhale.com
phuc.do@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (*pro hac vice*)
Joseph F. Haag (*pro hac vice*)
mark.selwyn@wilmerhale.com
joseph.haag@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Steven J. Wingard
State Bar No. 00788694
Stephen L. Burbank
State Bar No. 24109672
Robert P. Earle
State Bar No. 241245566
swingard@scottdoug.com
sburbank@scottdoug.com
rearle@scottdoug.com
SCOTT DOUGLASS &
    MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Fax: (512) 495-6399

*Attorneys for Defendant Apple Inc.*

IT IS SO ORDERED this _____ day of _____, 2024.

                                                                                        _____
                                                                                        The Honorable Robert Pitman
                                                                                        United States District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that the parties have conferred and agreed to jointly request the above extension.

*/s/ Randall Garteiser*
Randall Garteiser